IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN KEITH AARON                                                                              PLAINTIFF

v.                              NO. 3:14-cv-00220 PSH

CAROLYN W. COLVIN, Acting Commissioner                              DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 15th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE